UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY YIP,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and ELECTRONIC DATA SYSTEMS CORPORATION EMPLOYEE BENEFIT PLAN,<br><br>    Defendants. | Case No: CV10-04323 AHM (OPx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

    The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: September 07, 2011

                                          Honorable A. Howard Matz
                                          UNITED STATES DISTRICT JUDGE

1359015.1